3

Peter Cianchetta - SBN: 220971
Law Office of Peter Cianchetta
8788 Elk Grove Blvd. Ste. 2E
Elk Grove, CA 95624
Ph: 916-685-7878

Attorney for Donna Vicks

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DONNA VICKS<br><br>, debtor | Case No. 2010-36505-13C<br><br>DCN: PLC-04<br><br>Hearing Date: November 19, 2013<br>Hearing Time: 3:00 pm<br>Hon. Ronald Sargis<br>Courtroom 33 - Dept E |

MOTION FOR ORDER WAIVING DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE

IN GRANTING DISCHARGE TO DECEASED DEBTOR

Peter Cianchetta, attorney for Michael Vicks, Substitute after death of Donna Vicks, the Debtor, hereby moves this Court for an Order waiving the requirement of a Debtor's 11 U.S.C. § 1328 Certificate in granting a Discharge to <u>Donna Vicks</u>, now deceased. This Motion is based on the following facts:

1. This case was commenced by the filing of a voluntary petition on behalf of the Debtor on June 23, 2010 and David Cusick was duly appointed to serve as Trustee.

2. Eastern District Local Rule 5009-1(b) requires the service on the Trustee and filing with the Court Form EDC3-190 *Debtor's 11 U.S.C. § 1328 Certificate.*

3. The requirement to file a Financial Management Course Certificate of Completion may be waived by the Court if the Debtor meets certain criteria regarding physical incapacity or disability.[1]

4. Donna Vicks died on June 29, 2013.

5. Prior to her death, Donna Vicks Completed her Financial Management Course and filed the Certificate with the court. Donna Vicks also made the final plan payment just prior to her death.

6. Michael Vicks has Substituted as the successor-in-interest to Donna Vicks, Docket 49.

7. Donna Vicks died before being able to complete the Form EDC3-190 *Debtor's 11 U.S.C. § 1328 Certificate.*

8. While the post-petition, pre-discharge death of the Debtor is unusual, at least one Court has found that the death of the Debtor is sufficient grounds to waive the Certificate of completion of Financial Management Course in granting a Discharge. See *In Re: Thomas*, Case No 07-22297, District of Columbia, November 5, 2008.

9. The undersigned has not been able to locate any other case where the requirements of Eastern District Local Rule 5009-1(b) have been waived due to the death of the debtor, it is very similar in nature to the requirement to complete a Financial Management Course.

10. Michael Vicks is the son of Donna Vicks, in his declaration he attests to the facts sought in the *Debtor's 11 U.S.C. § 1328 Certificate* to the best of his knowledge.

---

[1] §109(h)(4) states, in part, "The requirements of paragraph (1) shall not apply with respect to a debtor whom the court determines, after notice and hearing, is unable to complete those requirements because of incapacity, disability, or active military duty in a military combat zone. For the purposes of this paragraph… "disability" means that the debtor is so physically impaired as to be unable, after reasonable effort, to participate in an in person, telephone or Internet briefing under paragraph (1)."

Wherefore, Michael Vicks moves this Court to waive the requirements of Eastern District Local Rule 5009-1(b) as to Donna Vicks in granting a Discharge.

Respectfully submitted,

/s/ Peter Cianchetta
Peter Cianchetta