2

Peter Cianchetta - SBN: 220971
Law Office of Peter Cianchetta
8788 Elk Grove Blvd. Ste. 2E
Elk Grove, CA 95624
Ph: 916-685-7878

Attorney for Donna Vicks

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>DONNA VICKS<br><br>, debtor | Case No. 2010-36505-13C<br><br>DCN: PLC-04<br><br>Hearing Date: November 19, 2013<br>Hearing Time: 3:00 pm<br>Hon. Ronald Sargis<br>Courtroom 33 - Dept E |
|---|---|

DECLARATION OF MICHAEL VICKS IN SUPPORT OF MOTION FOR ORDER WAIVING

DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE IN GRANTING DISCHARGE

TO DECEASED DEBTOR

I, Michael Vicks, Declare as follows:

1. Donna Vicks was my mother. I lived with her all of my life. I am very familiar with her financial affairs.

2. I am informed and believe, Donna Vicks during the time this bankruptcy case has been pending, was not required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

3. I am informed and believe, Donna Vicks had not received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

4. I am informed and believe, Donna Vicks had not received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

5. I am informed and believe, Donna Vicks had not claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed in the aggregate $146,450. See 11 U.S.C. § 522(p)(1)(A), (B), (C), & (D).

**By signing this Certificate, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant Donna Vicks a discharge in this case. The Court may revoke Donna Vicks discharge if my statements are not accurate.**

I declare under penalty of perjury the forgoing is true and correct. Executed at Elk Grove, CA on October 9, 2013.

*[signature]*
Michael Vicks